674 A.2d 169

IN THE MATTER OF CHRISTOPHER K.
BARBER, AN ATTORNEY AT LAW.

April 25, 1996.

## ORDER

**CHRISTOPHER K. BARBER** of **GLENSIDE, PENNSYL-VANIA,** having been temporarily suspended from the practice of law by consent since March 31, 1995, after his conviction in the Commonwealth of Pennsylvania of homicide by vehicle;

And the Office of Attorney Ethics having filed with the Court a petition to vacate this Court's Order of temporary suspension in the light of this Court's decision in *In re Howard,* 143 *N.J.* 526, 673 *A.*2d 800 (1996);

And good cause appearing;

It is ORDERED that the Order of temporary suspension is hereby vacated and respondent is restored to the practice of law, effective immediately.